UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-260 (PAM/JGL)

JOHN B. NEWBERRY,

Plaintiff,

v.

**PRETRIAL ORDER**

BURLINGTON NORTHERN SANTA FE RAILROAD,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is three to four days;

2. All initial disclosures shall be made by March 15, 2001;

3. All motions which seek to amend any pleading or to add any parties must be filed prior to April 1, 2001;

4. Plaintiff shall disclose all expert witnesses, including reports, by September 1, 2001; Defendant shall disclose all expert witnesses, including reports, by November 1, 2001;

5. The period during which the parties may seek discovery shall be completed by December 1, 2001;

6. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to January 1, 2002;

7. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with the local rules, prior to February 1, 2002; and

FEB 12 2001

Filed____________
Francis E. Dosal, Clerk
Judgment Entd.____________
Deputy Clerk____________

8. This case will be considered "ready for trial" as of April 1, 2002.

DATED: February 12, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge