**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**JOHN B. NEWBERRY**

Plaintiff,

v.

**BURLINGTON NORTHERN SANTA FE RAILROAD,**

Defendant.

Civil No. 00 - 260 (PAM/JGL)

**Minutes and Order**

APPEARANCES

James Hansing, Esq., for Plaintiff.

Rodney Honkanen, Esq., for Defendant.

A hearing was held on December 18, 2001 before United States Magistrate Judge Jonathan Lebedoff on Defendant's Motion to Compel Discovery (Doc. No. 18) and Plaintiff's Motion to Compel Discovery (No Doc. No). The Court ruled from the bench.

Defendant's Motion to Compel Discovery (Doc. No. 18) is **GRANTED IN PART and DENIED AS MOOT IN PART**. Plaintiff's Motion to Compel Discovery (No Doc. No.) is **GRANTED**.

Dated: December 19, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

FILED DEC 19
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK