**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**JOHN B. NEWBERRY,**

Plaintiff,

v.

**BURLINGTON NORTHERN SANTA FE RAILROAD,**

Defendant.

Civil No. 00-260 (PAM/JGL)

**O R D E R**

APPEARANCES

James Hansing, Esq., on behalf of Plaintiff.

Rodney Honkanen, Esq., on behalf of Defendant.

JONATHAN LEBEDOFF, United States Magistrate Judge

It has come to the Court's attention that there is confusion regarding this Court's Order of December 19, 2001. On December 18, 2001 a hearing was held on Defendant's Motion to Compel Discovery (Doc. No. 18) and Plaintiff's Motion to Compel Discovery (No Doc. No.). The Court ruled from the bench and followed up with written Minutes and Order. In the Order, the Court stated that Plaintiff's Motion to Compel Discovery was granted. There is now some confusion regarding what part of Plaintiff's motion was granted. This Order will serve as clarification of the Court's decision.

FILED DEC 28 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

At the motion hearing, the only issue Plaintiff argued was that Defendant must produce a witness to be deposed regarding Defendant's light duty work program. That motion was granted. However, Plaintiff's motion papers also contained a request that in conjunction with that deposition, Defendant produce all records pertaining to personnel who have had light duty or restricted duty opportunities in the last ten years. This portion of the motion was not mentioned at the motion hearing. For the reasons stated in Part II.D.2. of this Court's Order dated December 12, 2001, this portion of Plaintiff's motion is denied.

Accordingly, the Court's Order of October 15, 2001 is modified to state that Plaintiff's Motion to Compel Discovery is granted in part and denied in part.

Based upon the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

(1) The Court's Minutes and Order of December 19, 2001 (Doc. No. 30) is modified to state that Plaintiff's Motion to Compel Discovery (No Doc. No.) is **GRANTED IN PART and DENIED IN PART**;

(2) Defendant must produce a witness to testify regarding light duty work at the Northtown Shops;

(3) The witness produced by Defendant need not have available all records pertaining to personnel who have had light duty or restricted duty opportunities in the last ten years;

(4) Plaintiff's request for costs and attorney's fees is **DENIED**; and

(5) The discovery deadline remains unchanged.

Dated: December 25, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500